379 A.2d 622

Insurance Placement Facility of Pennsylvania v. Looser, Appellant, et al.

Argued December 6, 1976. Abis Looser, appellant, *in propria persona*; Joseph Mistrano, for appellee.

Order affirmed; petition for reargument denied November 9, 1977.